UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL No.
10-10250-DPW

UNITED STATES OF AMERICA

v.

NANCY MARIE GRAY

## ORDER ON DEFENDANT'S MOTIONS FOR DISCOVERY

April 25, 2011

DEIN, M.J.

A Final Status Conference and hearing on various discovery motions was held on this date. This Order memorializes the rulings made in open court.

1. **Defendant's "Motion to Compel Discovery" (Docket No. 19)**. Motion is Denied Without Prejudice. Defendant may renew this request with an expert report establishing that the requested information is relevant to proving the defendant's medical condition during the polygraph exam. If the expert report is submitted for the court's review, the defendant shall indicate if there is an objection to disclosing the report to the government, and the basis for such an objection.

2. **Defendant's "Motion to Compel Discovery" (Docket No. 28)**. In light of the government's representations concerning the information iT has produced and/or has agreed to produce, the motion is Denied as Moot.

3. **Defendant's "Motion for Discovery" (Docket No. 30)**. Addressing the numbered discovery requests, the court rules as follows:

    1. The government will produce the writing sample, if it exists.

    2. Denied for reasons stated in court.

    3. Denied for reasons stated in court.

    4.      The door was not preserved.

    5-7.   The government has agreed to produce the requested documents.

    8-9.   If these materials exist, they will be produced. However, the government does not believe they exist.

    10.    See ruling on Docket No. 28.

4. **Schedule**. All documents shall be produced by May 9, 2011.

                                        / s / Judith Gail Dein
                                        JUDITH GAIL DEIN
                                        UNITED STATES MAGISTRATE JUDGE